UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DESHONNE HAYS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO,<br><br>　　　　　　Respondent. | Case No. CV 15-9589 FMO(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1    IT IS ORDERED that the Petition is denied on its merits, that this action is dismissed with prejudice, and that Judgment be entered accordingly.

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

   IT IS SO ORDERED.

   DATED: November 29, 2016

   _____/s/_____
   HONORABLE FERNANDO M. OLGUIN
   UNITED STATES DISTRICT JUDGE