# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DESHONNE HAYS, | Case No. CV 15-9589 FMO(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| J. SOTO, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: November 29, 2016

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE